UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
**Joel Garcia**                                                    Case No: **15-12806-JKO**
**Ivonne B. Garcia,**                                          Chapter 7
            Debtor            /

## MOTION TO CONVERT CHAPTER 7 BANKRUPTCY CASE TO CHAPTER 13

### NEGATIVE NOTICE 21 DAYS

Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.

**COME NOW**, the Debtors, **Joel Garcia and Ivone B. Garcia**, by and through there undersigned counsel and files this Motion to Convert Chapter 7 Bankruptcy Case to Chapter 13 and for the reasons as set forth below:

1. The debtors filed for chapter 7 bankruptcy protection on February 17, 2015.

2. The debtors desires to make good faith payments to their creditors and convert his case to a Chapter 13 bankruptcy.

**WHEREFORE**, the Debtors prays this Honorable Court enter an Order Granting the Chapter 7 Bankruptcy Case to Covert to a Chapter 13 for the purpose of permitting the filing of a Chapter 13 Petition.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Chad S. Paiva and U.S. Mail this 10th day of April, 2015: to all parties on the service list.

Respectfully Submitted;

ROBERT SANCHEZ AND ASSOCIATES
355 WEST 49TH STREET
HIALEAH, FLORIDA 33012
(305) 687-8008
Court@BankruptcyClinic.com

**/s/** *Robert Sanchez*_____
ROBERT SANCHEZ ESQ.
Florida Bar No.0442161

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

American Honda Finance
1220 Old Alpharetta Rd S
Alpharetta, GA 30005

Amex/Dsnb

Amexdsnb
9111 Duke Blvd
Mason, OH 45040

Amsher Collection Serv
600 Beacon Pkwy W Ste 30
Birmingham, AL 35209

Bac Home Loans Servicing
c/o Scott Tripp, PA
110 SE Sixth Street, 14th Floor
Fort Lauderdale, FL 33301

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 5253
Carol Stream, IL 60197

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 85520
Richmond, VA 23285

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase/Circuitcity
Po Box 15298
Wilmington, DE 19850

Citi

Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/Limited
Po Box 182789
Columbus, OH 43218

Cons Asset
80 Sw 8th St Suite 2203
Miami, FL 33160

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

IRS Department of the Tresury
Internal Revenue Services
POB 7346
Philadelphia, PA 19101

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067

Online Collections
Po Box 1489
Winterville, NC 28590

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117

Silverlakes
c/o Pines Property Management
POB 522395
Miami, FL 33152-2395

Springleaf Financial S
600 N Royal Ave
Evansville, IN 47715

Syncb/Amazon
Po Box 965015
Orlando, FL 32896

Syncb/City Furniture
C/O Po Box 965036
Orlando, FL 32896

Syncb/Funancing
C/O Po Box 965036
Orlando, FL 32896

Syncb/Gap
Po Box 965005
Orlando, FL 32896

Syncb/Jcp
Po Box 965007
Orlando, FL 32896

Syncb/Levitz
Po Box 965005
Orlando, FL 32896

Syncb/Levz
P.O. Box 981400  Cc71
El Paso, TX 79998

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Up/Regionsm
Po Box 110
Hattiesburg, MS 39403

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

We Florida Financial
634 Ne 3rd Ave
Fort Lauderdale, FL 33304

We Florida Financial
634 Ne 3rd Ave
Fort Lauderdale, FL 33304

World Omni
Po Box 91614
Mobile, AL 36691

Zayas Fash
484 West 29th Street
Hialeah, FL 33012-5778