## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**: JOEL GARCIA**   JOINT DEBTOR: **IVONNE B. GARCIA**   CASE NO.: 15-12806-JKO
Last Four Digits of SS#2996 Last Four Digits of SS# 7884

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   357.50  for months  1  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 TOTAL PAID $2,000.00  Balance Due  $ 1,650.00
      payable $ 275.00 /month (Months 1 to 6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.    None                       Arrearage on Petition Date   $        None
Address:                         Arrears Payment  $_____/month (Months _____ to _____)
                                 Regular Payment  $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.Internal Revenue Service   Total Due  $ 6,646.00
                Payable $ 50.00 /month (Months  1  to  6 )
                Payable $ 117.52 /month (Months  7  to  60 )

Unsecured Creditors:  Pay $207.48/month (Months  7  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Joel Garcia                                             /s/ Ivonne B. Garcia
Debtor                                                      Joint Debtor
Date: 6/9/2015                                              Date: 6/9/2015

LF-31 (rev. 06/02/08)