

**ORDERED in the Southern District of Florida on August 27, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Case No: **15-12806-JKO**
**Joel Garcia**
**and**                                                             Chapter **13**
**Ivonne B. Garcia,**
_____Debtors_____/

### ORDER GRANTING EX-PARTE MOTION TO CORRECT CO-DEBTOR'S SOCIAL SECURITY NUMBER IN THE DOCKET

**THIS MATTER** having come upon, Ex-Parte Motion to Correct Co-Debtors Social Security Number ,the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED**;

1. The Ex-Parte Motion to Correct Co-Debtors Social Security Number is Granted.

2. Undersigned counsel shall proceed to upload the correct statement of social security number and the clerk is direct to correct social security number on the docket.

3. Case will proceed in its normal course.

### ###

Submitted by: Robert Sanchez, ESQ., 355 West 49th Street, Suite 500, Hialeah, FL 33023

Debtor's counsel is directed to serve copies of this Order on all interested parties.