

**ORDERED in the Southern District of Florida on August 27, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:                                              Case No: **15-12806-JKO**
**Joel Garcia**
**and**                                             Chapter **13**
**Ivonne B. Garcia,**
                Debtors                    /

### ORDER GRANTING DEBTORS EX-PARTE MOTION TO AMEND VOLUNTARY PETITION PAGE

This matter came before the court on Debtors Ex-Parte Motion to Amend Voluntary Petition Page. The court having reviewed said motion, and being fully advised hereby:

1. Debtors Ex-Parte Motion to amend voluntary petition page is GRANTED.

2. The Petition shall be amended to reflect the debtor's correct co-debtors social security number.

###

*Attorney Robert Sanchez, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court*