UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                              CASE NO.: 15-12806-JKO

JOEL GARCIA *and*                                   CHAPTER: 13
IVONNE B. GARCIA


     Debtors.
_____/

## OBJECTION TO CHAPTER 13 PLAN

**BANK OF AMERICA, N.A.**, ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #42] and states as follows:

1) Creditor holds a lien on the following property: 2595 W. 8th Ln, Hialeah, FL 33010-0000

2) Creditor intends to file a timely Proof of Claim.

3) The Debtors' Chapter 13 Plan fails to provide for Creditor's secured claim.

4) Creditor objects to the proposed Plan treatment.

5) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.

*(Space intentionally left blank)*

6) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile:   (813) 221-9171
bkfl@albertellilaw.com

By: /s/Scott Lewis, Esq.
Scott Lewis, Esq.
Florida Bar No.: 112064

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of September, 2015, I served a copy of the foregoing on the parties listed below.

## SERVICE LIST

Joel Garcia
521 SW 178th Way
Hollywood, FL 33029

Ivonne B. Garcia
521 SW 178th Way
Hollywood, FL 33029

Robert Sanchez
355 W 49th St.
Hialeah, FL 33012

Robin R. Weiner
P.O. Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile:   (813) 221-9171
bkfl@albertellilaw.com

By: /s/Scott Lewis, Esq.
Scott Lewis, Esq.
Florida Bar No.: 112064