UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
**Joel Garcia**                                           Case No. 15-12806
 **Ivonne B. Garcia,**                                    Chapter 13
Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Amended Statement of Social Secuirty (**DE#67)** was sent via regular mail on this 5th day of October ,2015 to all parties on the attached service list.

Dated:  October 5, 2015

I hereby certify that I am admitted to the Bar if the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (a).

                                        Submitted By:
                                        ROBERT SANCHEZ, P.A.
                                        Attorney for Debtor(s)
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel.:  305-687-8008
                                        Fax:  305-821-1056

                                        By:   /s/ Robert Sanchez
                                            ROBERT SANCHEZ, Esq.
                                            Florida Bar No. 0442161

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

American Honda Finance
1220 Old Alpharetta Rd S
Alpharetta, GA 30005

Amex/Dsnb

Amexdsnb
9111 Duke Blvd
Mason, OH 45040

Amsher Collection Serv
600 Beacon Pkwy W Ste 30
Birmingham, AL 35209

Bac Home Loans Servicing
c/o Scott Tripp, PA
110 SE Sixth Street, 14th Floor
Fort Lauderdale, FL 33301

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 5253
Carol Stream, IL 60197

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 85520
Richmond, VA 23285

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase/Circuitcity
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/Limited
Po Box 182789
Columbus, OH 43218

Consumer Asset Management
80 SW 8 Street #2203
Miami, FL 33130

Exxmblciti
Po Box 6497
Sioux Falls, SD 57117

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

IRS Department of the Tresury
Internal Revenue Services
POB 7346
Philadelphia, PA 19101

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067

Online Collections
Po Box 1489
Winterville, NC 28590

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117

Silverlakes
c/o Pines Property Management
POB 522395
Miami, FL 33152-2395

Springleaf Financial S
600 N Royal Ave
Evansville, IN 47715

Syncb/Amazon
Po Box 965015
Orlando, FL 32896

Syncb/City Furniture
C/O Po Box 965036
Orlando, FL 32896

Syncb/Funancing
C/O Po Box 965036
Orlando, FL 32896

Syncb/Gap
Po Box 965005
Orlando, FL 32896

Syncb/Jcp
Po Box 965007
Orlando, FL 32896

Syncb/Levitz
Po Box 965005
Orlando, FL 32896

Syncb/Levz
P.O. Box 981400  Cc71
El Paso, TX 79998

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Up/Regionsm
Po Box 110
Hattiesburg, MS 39403

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

We Florida Financial
634 Ne 3rd Ave
Fort Lauderdale, FL 33304

We Florida Financial
634 Ne 3rd Ave
Fort Lauderdale, FL 33304

World Omni
Po Box 91614
Mobile, AL 36691

Zayas Fash
484 West 29th Street
Hialeah, FL 33012-5778