UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:   Joel and Ivonne Garcia            Case No. 15-12806-JKO
                                           Chapter 13


_____Debtors_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of Notice of Continued 341 Meeting of Creditors and Confirmation Hearing [73] was sent to all interested parties on October 8, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee


Via First Class Mail:

Debtors Joel and Ivonne Garcia
521 SW 178 Way
Hollywood, FL 33029

All creditors on the matrix.

                                            Respectfully Submitted:

                                            **ROBERT SANCHEZ, P.A.**
                                            Attorney for Debtor
                                            355 West 49th Street
                                            Hialeah, FL 33012
                                            Tel. 305-687-8008

                                            By:/s/ Robert Sanchez
                                            Robert Sanchez, Esq., FBN#0442161