UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Joel and Ivonne Garcia                Case No. 15-12806-JKO
                                                Chapter 13
          Debtors            /

## MOTION TO RECONVERT CHAPTER 13 BANKRUPTCY CASE TO CHAPTER 7

**COME NOW,** the debtors, Joel and Ivonne Garcia, by and through their undersigned counsel and file this Motion to Reconvert Chapter 13 Bankruptcy Case to Chapter 7 and for the reasons as set forth below:

1. On or about February 17, 2015, the instant case was filed as a chapter 7 case.

2. On or about May 15, 2015, the debtors converted their case to a Chapter 13 bankruptcy in order to make good faith payments to their creditors.

3. The debtors have informed undersigned counsel that they cannot afford to maintain payments and wish to discharge their debts in a Chapter 7 bankruptcy.

4. Therefore, the debtors would like to convert the instant case to a chapter 7.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Robin Weiner, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007 and via regular mail to all parties on the service list this 2nd day of November, 2015.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN# 0442161