UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Joel Garcia                                             Case No.  15-12806-JKO
SSN: xxx-xx-2996                                        Chapter 7
Ivonne B. Garcia
SSN: xxx-xx-7889
_____ Debtor  /

## NOTICE RESETTING SECTION 341 MEETING OF CREDITORS AND RELATED DEADLINES AFTER RECONVERSION TO CHAPTER 7

**In Accordance** with the Order Converting Case Under Chapter 13  to Case Under Chapter 7 entered on December 8, 2015  [Doc. Entry # 81], notice is hereby given that:

1. The debtor(s) shall appear at a Section 341 meeting of creditors scheduled for **January 4, 2016 at 4:00 p.m., at U.S. Bankruptcy Court, 299 E. Broward Blvd., Room 411, Fort Lauderdale, FL 33301**.

2. Pursuant to Local Rules 1019(F) and 3002(A), this case has been designated as a no asset case at this time.  If assets are later discovered, creditors shall receive a notice of deadline set for filing proof of claims.

3. Pursuant to Bankruptcy Rule 1019(2), a new deadline for filing objections to discharge and/or dischargeability of a debt will be established since the deadline had not expired in the original chapter 7  case.  The new deadline to file a complaint objecting to discharge of the debtor or to determine dischargeability of certain debts shall be March 4, 2016.

4. **Chad S. Paiva**, 525 Okeechobee Blvd., #1570, West Palm Beach, FL 33401, 561-227-2370, was reappointed by the Office of the United States Trustee as the Reconverted chapter 7  case trustee.

DATED:  December 11, 2015                    JOSEPH FALZONE
                                             CLERK OF COURT

Copies furnished to:                         BY: Amelia Rodriguez
All Parties of Record                            Senior Case Administrator

Case 15-12806-JKO    Doc 83    Filed 12/11/15    Page 2 of 2